AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of _____

Elijah Coleman,
Plaintiff

v.

Dept. of Correction, etc.
Defendant

RECEIVED
2008 FEB 15 A 9:41
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 2:08CV109-F

I, Elijah Coleman, declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration  W.E. Donaldson Corr. Fac.

    Are you employed at the institution?  No   Do you receive any payment from the institution?  No

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.  Jan. 10, 2005 $300. plus per week, Bonnie Plant Farm, Union Springs, Alabama

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    ☐ Yes    ☒ No
    b. Rent payments, interest or dividends              ☐ Yes    ☒ No
    c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
    d. Disability or workers compensation payments       ☐ Yes    ☒ No
    e. Gifts or inheritances                             ☐ Yes    ☒ No
    f. Any other sources                                 ☐ Yes    ☒ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   NONE

I declare under penalty of perjury that the above information is true and correct.

Nov. 19, 2007                     Elijah Coleman
_____          _____
         Date                      Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## FINANCIAL STATEMENT OF INMATE'S PRISON ACCOUNT

I certify that according to the records on file in this institution, the Figures set out below are the approximate average daily balances in the Account of inmate _Elijah Coleman_
(NAME)

for the previous six months.

| Month | Balance |
|---|---|
| 1. | $0.16 (end) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

_Ebony Coleman_
Authorized Officer of the Institution

_10 December 2007_
Date

SWORN TO AND SUBSCRIBED BEFORE ME AND GIVEN UNDER MY HAND AND OFFICIAL SEAL THIS _10th_ DAY OF _December_, _2007_.

_[signature]_
NOTARY PUBLIC

MY COMMISSION EXPIRES: _5/31/2008_

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                W.E. DONALDSON CORR. FACILITY


AIS #: 250079      NAME: COLEMAN, ELIJAH              AS OF: 12/10/2007

                   # OF       AVG DAILY      MONTHLY
         MONTH     DAYS       BALANCE        DEPOSITS
------------------------------------------------------------------------

          DEC       21         $0.00          $0.00
          JAN       31         $0.00          $0.00
          FEB       28         $0.00          $0.00
          MAR       31         $0.00          $0.00
          APR       30         $0.00          $0.00
          MAY       31         $0.00          $0.00
          JUN       30         $2.01          $2.98
          JUL       31         $0.16          $0.00
          AUG       31         $0.16          $0.00
          SEP       30         $0.16          $0.00
          OCT       31         $0.16          $0.00
          NOV       30         $0.16          $0.00
          DEC       10         $0.16          $0.00
```