| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Joseph C_____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Joe Colvin    C. Date of Delivery: 3-17-08 |
| 1. Article Addressed to:<br><br>Hon. Sharon Harris<br>Clerk, U. S. District Court<br>Northern District of Alabama<br>140 U. S. Courthouse<br>1729 5th Avenue North<br>Birmingham, Al. 35203<br><br>08cv109 Transfer Case | D. Is delivery address different from item 1? ☐ Yes   ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 1490 0000 0026 7494 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540